# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 19-06997-JLS (ADSx) | Date | May 14, 2021 |
| Title | Mary-Catherine Boumaiz v Charter Communications, LLC, et al | | |

**PRESENT:**

**HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

Deborah Lewman for
Melissa Kunig
Deputy Clerk

Deborah Parker
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:

Cody Kennedy

ATTORNEYS PRESENT FOR DEFENDANT:

Anahi Cruz
Max Fischer

**PROCEEDINGS:** PLAINTIFF'S MOTION TO CERTIFY CLASS [30]

    Motion hearing held on Zoom. The Court confers with counsel regarding the matters pending before the Court.

    For the reasons stated on the record, Plaintiff's Motion to Certify Class is **DENIED WITH PREJUDICE**. Court to issue an order.

0 : 10

Initials of Deputy Clerk    djl for mku