1  **MARLIN & SALTZMAN, LLP**
2  Stanley D. Saltzman, Esq. (SBN 90058)
   Cody R. Kennedy, Esq. (SBN 296061)
3  29800 Agoura Road, Suite 210
   Agoura Hills, California  91301
4  Telephone:   (818) 991-8080
   Facsimile:    (818) 991-8081
5  ssaltzman@marlinsaltzman.com
   ckennedy@marlinsaltzman.com
6
   Attorneys for Plaintiff
7  MARY-CATHERINE BOUMAIZ

8  MORGAN, LEWIS & BOCKIUS LLP
   Max Fischer, Bar No. 226003
9  max.fischer@morganlewis.com
   Aimee Mackay, Bar No. 221690
10 aimee.mackay@morganlewis.com
   Anahi Cruz, Bar No. 324326
11 anahi.cruz@morganlewis.com
   300 South Grand Avenue
12 Twenty-Second Floor
   Los Angeles, CA  90071-3132
13 Tel:   +1.213.612.2500
   Fax:   +1.213.612.2501
14
   Attorneys for Defendant
15 CHARTER COMMUNICATIONS, LLC

16              UNITED STATES DISTRICT COURT
17              CENTRAL DISTRICT OF CALIFORNIA
18

19 | MARY-CATHERINE BOUMAIZ, on behalf of herself and all others similarly situated, | Case No.: 2:19-cv-06997-JLS-ADS |
|---|---|
| Plaintiff, | **JOINT STIPULATION TO DISMISS PLAINTIFF MARY-CATHERINE BOUMAIZ'S EIGHTH CAUSE OF ACTION AND CLAIMS FOR INJUNCTIVE RELIEF UNDER CALIFORNIA'S UNFAIR COMPETITION LAW** |
| vs. | |
| CHARTER COMMUNICATIONS, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive, | |
| Defendants. | |

Plaintiff Mary-Catherine Boumaiz ("Plaintiff") and Defendant Charter Communications, LLC ("Defendant") (collectively, the "Parties") hereby stipulate by and through their respective attorneys of record as follows:

WHEREAS, Plaintiff filed the Complaint in this action on May 23, 2019;

WHEREAS, Plaintiff's Complaint asserts a cause of action for failure to provide accurate itemized wage statements and seeks injunctive relief pursuant to California's Unfair Competition Law ("UCL"), California Business & Professions Code § 17200, et seq.;

WHEREAS, the Parties have engaged in meet and confer discussions via telephone and e-mail regarding Plaintiff's allegations and Defendant's anticipated partial summary judgment motion;

WHEREAS, on June 23, 2021, as a result of meeting and conferring with Defendant's counsel, and upon consideration of this Court's Order denying class certification (*see* Dkt. No. 44), Plaintiff's counsel has agreed to dismiss Plaintiff's eighth cause of action for failure to provide accurate itemized wage statements and Plaintiff's claims for injunctive relief pursuant to the UCL;

WHEREAS, Plaintiff expressly reserves the right to pursue other, non-injunctive remedies available to her under the UCL, subject to proof;

WHEREAS, Defendant does not waive any defenses with respect to Plaintiff's remaining UCL claims;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and through the Parties' respective counsel, as follows:

1. Plaintiff hereby dismisses her Eighth Cause of Action for Failure to Provide Accurate Itemized Wage Statements in its entirety;

2. Plaintiff hereby dismisses her claims for injunctive relief pursuant to the UCL in their entirety;

3. Plaintiff expressly reserves the right to pursue other, non-injunctive remedies available to her under the UCL, subject to proof; and

4. Defendant does not waive any defenses with respect to Plaintiff's remaining UCL claims.

IT IS SO STIPULATED.

Dated: July 8, 2021  **MARLIN & SALTZMAN LLP**

By: */s/Cody R. Kennedy*
Stanley D. Saltzman
Cody R. Kennedy
Attorneys for Plaintiff
MARY-CATHERINE BOUMAIZ

Dated: July 8, 2021  **MORGAN, LEWIS & BOCKIUS LLP**

By: */s/Anahi Cruz*
Max Fischer
Aimee Mackay
Anahi Cruz
Attorneys for Defendant
CHARTER COMMUNICATIONS, LLC

### Filer's Attestation:

Pursuant to Local Rule 5-4.3.4 regarding signatures, Anahi Cruz hereby attests that concurrence in the filing of this document has been obtained from Cody R. Kennedy.